*Timothy J. Sullivan, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Robert L. Eberhardt,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 4, 1972:
Judgment of sentence affirmed.

## Turner Appeal.

Submitted October 2, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

625

*Bruce E. Endy,* with him *Elliot B. Platt,* for appellants.

*Frank M. Jackson,* for appellee.

Opinion Per Curiam, October 31, 1972:
Order affirmed.

Lijeski et al., Appellants, *v.* Shapp.

Argued September 25, 1972. Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.